**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE: Chiquita Monique Baker

                                           Chapter 13
                                           Case No: 18-52083-mlo
                Debtor(s)                 Judge OXHOLM

_____/

## **NOTICE OF SUBSTITUTION OF COUNSEL**

      That the above-named Debtor, currently represented by A. Rita Kostopoulos, has chosen the law firm of Acclaim Legal Services, PLLC, William D. Johnson as her attorney to continue to provide the necessary legal services in the above-referenced case; and said attorneys and firms having agreed to the substitution pursuant to LBR 9010-1(g)(2) as evidenced by their signatures hereon;

      **IT IS HEREBY AGREED** the law firm of Acclaim Legal Services, PLLC and William D. Johnson, is substituted as Debtor's counsel of record in place of A. Rita Kostopoulos with regard to the above-captioned proceeding.

      **IT IS FURTHER AGREED** that A. Rita Kostopoulos is relieved from her obligation to continue to represent the Debtor in any further matters presented in this case.

<u>/s/ Daniel Elias Bassir</u>
Daniel Elias Bassir P82888
Kostopoulos & Associates PLLC
31201 Chicago Road South
Suite C-102
Warren, MI 48093
586-574-0916
Fax : 586-574-2157
Email: kalawecf@thekostopouloslawyers.com

<u>*/s/ William D. Johnson*</u>
William D. Johnson P54823
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033
Email: Filing@acclaimlegalservices.com


<u>*/s/ Chiquita Monique Baker*</u>
Chiquita Monique Baker